FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 8 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-117-GMN-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| WILLIAM TELLEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by William Tellez to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which William Tellez pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28; Preliminary Order of Forfeiture, ECF No. 29.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 30, 2023, through July 29, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 30-1, p. 5.

1   This Court finds the United States notified known third parties by regular mail and
2 certified mail return receipt requested of their right to petition the Court. Notice of Filing
3 Service of Process – Mailing, ECF No. 32.
4   On August 3, 2023, the United States Attorney's Office attempted to serve Gerald
5 Leonard Shelton / Gerald L. Shelton on Palm Street by regular and certified return receipt
6 mail with the Notice and Preliminary Order of Forfeiture. The mail was returned as not
7 deliverable as addressed unable to forward, ECF No. 32-1, p. 3, 6-16.
8   On August 3, 2023, the United States Attorney's Office attempted to serve Gerald
9 Leonard Shelton / Gerald L. Shelton on E Saint Louis Avenue by regular and certified
10 return receipt mail with the Notice and Preliminary Order of Forfeiture. The standard mail
11 was returned as attempted – not known unable to forward. The certified mail was returned
12 as unclaimed unable to forward, ECF No. 32-1, p. 3, 6-12, 17-19.
13   On August 22, 2023, the United States Attorney's Office attempted to serve Gerald
14 Leonard Shelton / Gerald L. Shelton on Las Vegas Blvd., N., by regular mail with the
15 Notice and Preliminary Order of Forfeiture. The standard mail was returned as attempted –
16 not known unable to forward, ECF No. 32-1, p. 3, 6-12, 20-24.
17   On August 22, 2023, the United States Attorney's Office served Gerald Leonard
18 Shelton / Gerald L. Shelton on Las Vegas Blvd., N., by certified return receipt mail with the
19 Notice and Preliminary Order of Forfeiture, ECF No. 32-1, p. 3, 6-12, 20-24.
20   No other addresses were located for service.
21   This Court finds no petition was filed herein by or on behalf of any person or entity
22 and the time for filing such petitions and claims has expired.
23   This Court finds no petitions are pending regarding the property named herein and
24 the time has expired for presenting such petitions.
25   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
26 all possessory rights, ownership rights, and all rights, titles, and interests in the property
27 hereinafter described are condemned, forfeited, and vested in the United States under Fed.
28 R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)

with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith and Wesson, Model: Springfield, .9mm, bearing serial number RAW5590; and
2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for William Tellez and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __NOV 28__, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE